BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MALDONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 09-0619 EMC |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER VACATING HEARING |
| ) | RESETTING |
| DAVID K. MALDONADO, ) | November 30, 2011 |
| ) | 2:30 p.m. |
| Defendant. ) | |
| ) | Honorable Edward M. Chen |

1    The parties are currently scheduled to appear before the Court in the above-captioned case for

2  a status hearing on November 30, 2011, at 2:30 p.m.  However, in light of the ongoing compliance

3  by Defendant David K. Maldonado with his amended conditions of supervision, and with the

4  approval of U.S. Probation Officer Cris Taylor, the parties stipulate and jointly requested that this

5  court appearance be vacated.  Specifically:  (1) Mr. Maldonado was released from the halfway house

6  and is now living with his girlfriend in the Mission District of San Francisco; (2) Mr. Maldonado has

7  successfully completed his course of anger management treatment, which he paid for himself; and

8  (3) Mr. Maldonado remains drug and alcohol free.  Accordingly, the parties stipulate and jointly

9  request that the hearing on November 30, 2011, at 2:30 p.m., be vacated.

10    IT IS SO STIPULATED.

11                                                        MELINDA HAAG
                                                         United States Attorney
12

13  DATED:  November 30, 2011              _____/s/_____
                                                         ACADIA SENSE
14                                                       Assistant United States Attorney

15

16  DATED:  November 30, 2011              _____/s/_____
                                                         DANIEL P. BLANK
17                                                       Assistant Federal Public Defender
                                                         Attorney for David K. Maldonado
18

19  IT IS SO ORDERED.    A status hearing is set for
                                 3/28/12 at 2:30 p.m.
20  DATED:                                      _____

21       November 30, 2011                  EDWARD M. CHEN
                                                        United States Di

22

23

24

25

26

STIP. & PROP. ORDER                            - 2 -